# CLIENT 1



# CLIENT 2



# CLIENT 3



# CLIENT 4



# CLIENT 5



# CLIENT 6



# CLIENT 7



# CLIENT 8



# CLIENT 9



# CLIENT 10



# CLIENT 11



# CLIENT 12



# CLIENT 13



# CLIENT 14



# CLIENT 15





# CLIENT 16



# CLIENT 17



# CLIENT 18



# CLIENT 19



# CLIENT 20



# CLIENT 21



# CLIENT 22



# CLIENT 23



# CLIENT 24



# CLIENT 25



# CLIENT 26



# CLIENT 27





# CLIENT 28



# CLIENT 29





# CLIENT 30



# CLIENT 31



# CLIENT 32



# CLIENT 33



# CLIENT 34



# CLIENT 35



# CLIENT 36



# CLIENT 37



# CLIENT 38



# CLIENT 39



# CLIENT 40



# CLIENT 41



# CLIENT 42

